UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22385-CIV-HOEVELER

FARID MARQUEZ, an individual;
LUIS MADERAL, an individual,

    Plaintiffs,

v.

SUNTRUST BANK, a Georgia banking Corporation,

    Defendant,
_____/

## ORDER GRANTING PLANTIFFS' MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the court upon Defendant's Response in opposition to Plaintiffs' Motion for Leave to file Amended Response to Defendant's Motion for Summary Judgment.

The Court notes that Plaintiffs' Amended Response to Defendant Suntrust Bank's Motion for Summary Judgement still does not conform to Local Rule 56.1,[1] which dictates the requisite form and substance of motions for and responses in opposition to summary judgment in the Southern District of Florida. Local Rule 56.1 states that papers opposing a summary judgment

---

[1] In December 1, 2011 Local Rule 7.5 was renumbered to 56.1; minor changes were made to the Rule, but no substantive changes were made to the Rule's provisions discussed in this Order.

1

motion: "shall include a memorandum of law, necessary affidavits, and a single concise statement of the material facts as to which it is contended that there exists a genuine issue to be tried." S.D. Fla. L.R. 56.1(a).[2] Local Rule 56.1 also requires that the statement of material facts "submitted in opposition to a motion for summary judgment shall correspond with the order and with the paragraph numbering scheme used by the movant." Id.

Plaintiffs' initial response to Defendant's Motion for Summary Judgment, Plaintiffs' Statement of Material Facts clearly failed to comply with Local Rule 56.1. Plaintiffs' Amended Response includes a resubmitted Statement of Material Facts which now properly corresponds with the order and paragraph numbering scheme used by the movant. However, Plaintiffs have added more than just a Statement of Material Facts to their Amended Response, and the Court must address this issue as well.

Local Rule 56.1 mandates that any additional facts shall be numbered and placed at the end of the statement as to the movant's facts. S.D. Fla. L.R.56.1(a). Plaintiffs have added a new section to their response, labeled "Plaintiffs' Counterstatement of Material Facts" which includes statements of legal arguments.[3] Since Local Rule 56.1 only allows for the addition of facts, all

---

[2] Formerly known as Local Rule 7.5(b).

[3] For example, see ¶ 13: "Plaintiffs justifiably relied on the knowing and intentional false statements/omissions made by SUNTRUST and its officers, and

argumentative statements will be disregarded.

Plaintiffs also have added an additional section (Section V) to their Amended Response in which they argue that summary judgment is premature because the Plaintiffs have not deposed SunTrust's 30(b)(6) representative. Plaintiffs also contend that Defendant demanded that Plaintiffs stop tyring to serve Vicente Betancourt who, Plaintiffs claim, was present during some of the loan negotiations and witnessed the execution of the November 2007 mortgage. The Court notes that both of these arguments were available to the Plaintiffs when they filed their initial Response. Although these arguments seem very unlikely to succeed in light of the parties' jointly agreed upon discovery deadline of May 1, 2011, and Plaintiffs' failure to file any discovery motions at any time requesting assistance in compelling the depositions of SunTrust's 30(b)(6) representative, or seeking assistance in serving any witnesses, the Court will not strike these arguments at this time.

Based on the above, it is

ORDERED AND ADJUDGED that the Motion for Leave to file Amended Response to Defendant's Motion for Summary Judgment shall be GRANTED, in part. The Amended Response is accepted, with the qualification that the Court

---

Alex Hernandez, in particular, and subsequently suffered damages in the amount of the $170,000, plus interest. *Complaint, Paragraph 20."*

will disregard statements of legal arguments improperly labeled as statements of fact. Defendant shall have until March 29th to file a reply to the Amended Response.

DONE AND ORDERED in Miami, Florida, this 16th day of March 2012.

*[signature: Wm M Hoeveler]*

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to:   counsel of record